IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHON LAWRENCE                                                                PLAINTIFF

V.                          NO: 5:05CV00231 JLH/HDY

DREW COUNTY DETENTION CENTER                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Complaint (docket entry #2) is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. Dismissal of this action counts as a "strike," pursuant to 28 U.S.C. § 1915(g), for failure to state a claim upon which relief may be granted.

DATED this   2nd   day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE